1999R01373

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Crim. No. 99-286 |
| JOHN DOE, a/k/a "Twenty Five" | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 99-286, against defendant John Doe, a/k/a "Twenty Five," which Indictment was filed on May 28, 1999, charging the defendant with conspiracy to distribute narcotics in violation of 21 U.S.C. § 846, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

Dated: ~~June~~ September 3 _____, 2009